127 A.3d 1290

Gregory Shane KINNARD Jr., Petitioner

v.

Honorable Michael A. GEORGE, President Judge of the
51st District Court of Adams County, Respondents.

No. 160 MM 2015.

Supreme Court of Pennsylvania.

Dec. 8, 2015.

## ORDER

PER CURIAM.

AND NOW, this 8th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Quo Warranto is **DENIED.** The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

127 A.3d 1290

Raymond M. KRUSHIN, Petitioner

v.

Honorable Judge HUGHES, President Judge,
Luzerne County, Respondent.

No. 165 MM 2015.

Supreme Court of Pennsylvania.

Dec. 10, 2015.

## ORDER

PER CURIAM.

AND NOW, this 10th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** the

Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

127 A.3d 1291

**Vamsidhar VURIMINDI, Petitioner**

v.

**Judge Diana ANHALT and Court of Common Pleas, Philadelphia, Respondents.**

**No. 133 EM 2015.**

Supreme Court of Pennsylvania.

Dec. 10, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.